UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § **Plaintiff,** § § v. § § **BRIAN SWIENCINSKI; SCOTT BREIMEISTER; VLADIMIR REDKO, M.D.; CHRISTOPHER INCE, M.D.; and RONNIE MCADA, JR.,** § § § § § § **Defendants.** § | **Criminal No. 18-CR-368** |

DEFENDANT CHRISTOPHER INCE'S WAIVER
OF APPEARANCE AT PRETRIAL CONFERENCE

Defendant CHRISTOPHER INCE, by and through his attorney, waives his right to personally appear at the pretrial conference, and would respectfully show:

1. The jury trial for this matter is scheduled for Monday, November 7th, 2022.

2. The pretrial conference is scheduled for Thursday, November 3, 2022.

3. Defendant Ince has been advised of his rights to appear in person at the pretrial conference.

4. After considering his rights, Defendant Ince waives his rights to appear at the pretrial conference.

5. Defendant Ince will be the represented during the pretrial conference by the undersigned, and lead counsel Sam Louis.

WHEREFORE PREMISES CONSIDERED, Defendant Christopher Ince respectfully request the Court to accept and grant his waiver of appearance.

Respectfully submitted,

HOLLAND & KNIGHT

*/s/ Justo A. Mendez*
Justo A. Mendez
Holland & Knight
811 Main, Suite 2500
Houston, TX 77002
Email:justo.mendez@hklaw.com
Telephone (713) 244-6861

*/s/ JustoMéndez*
**Justo A. Mendez**

## CERTIFICATE OF SERVICE

I hereby certify that on November 3rd, 2022 the foregoing has been served on counsel of record for the Government by Notice of Electronic Filing via CM/ECF, in accordance with the Federal Rules of Criminal Procedure.

*/s/ JustoMéndez*
**Justo A. Mendez**

2