UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Criminal No. 18-CR-368 |
| | § |
| BRIAN SWIENCINSKI; SCOTT | § |
| BREIMEISTER; VLADIMIR REDKO, | § |
| M.D.; CHRISTOPHER INCE, M.D.; | § |
| and RONNIE MCADA, JR., | § |
| Defendants. | § |

**ORDER ACCEPTING AND GRANTING WAIVER
OF APPEARANCE AT PRE-TRIAL CONFERENCE**

On this the 3rd day of November, 2022 came on to be considered Defendant Ince's Waiver to Appear at the Pretrial Conference, and said Waiver is hereby accepted and GRANTED.

Signed at Houston, Texas on _____.

_____
UNITED STATES DISTRICT JUDGE