# EXHIBIT 1

#39303256_v1

**From:** Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>
**Sent:** Tuesday, November 29, 2022 1:14 AM
**To:** Goodman, Arianna G. <agoodman@vedderprice.com>; Louis, Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>; Riley, Rachel (EXTERNAL) <rachel.riley@katten.com>; joshua.upthegrove <joshua.upthegrove@katten.com>; McCarthy, Brandon N. (EXTERNAL) <brandon.mccarthy@katten.com>; Schaffer, Josh (EXTERNAL) <josh@joshschafferlaw.com>; Lavine, Jim E. (EXTERNAL) <jim.lavine@zlzslaw.com>; Villa, Michael (EXTERNAL) <mvilla@meadowscollier.com>; Ansley, Jeffrey J. <jansley@vedderprice.com>; Cogdell, Dan (EXTERNAL) <dcogdell@joneswalker.com>; Justo Mendez <Justo.Mendez@gmlaw.com>; Fleming, Mary C. (EXTERNAL) <mary.fleming@katten.com>; Newton, Brent (EXTERNAL) <BNewton@ghmfirm.com>; Norris, Nicholas (EXTERNAL) <nnorris@joneswalker.com>; Bedgood, Valerie <vbedgood@joneswalker.com>; Deau, Samuel M. <sdeau@vedderprice.com>; McPherson, Latonya E (HOU - X56884) <Latonya.McPherson@hklaw.com>; shenard <shenard@meadowscollier.com>; Thames, Linda D. <lthames@vedderprice.com>; Knox, Laken <lknox@joneswalker.com>
**Cc:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>; Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Williams, Jodi-Kay (CRM) <Jodi-Kay.Williams@usdoj.gov>; Holley, Anastasia (CRM) <Anastasia.Holley@usdoj.gov>; Walton, Rebecca (CRM) <Rebecca.Walton2@usdoj.gov>
**Subject:** RE: US v. Swiencinski - New/Modified Exhibits and Discovery

All,

Please find attached one new report and a zipped file containing exhibits.  GEX 305 is modified (our previous version was inadvertently missing a page), and the remainder of the exhibits are new exhibits.

Sincerely,

**Ridwan Ahmed**
Paralegal
U.S. Department of Justice
Criminal Division, Fraud Section
Contractor - CACI
(713) 567-9435