UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:18-CR-368 |
| CHRISTOPHER INCE, M.D. | § | |

### ORDER

On this day came before this Court to be considered, Defendant Christopher Ince, M.D.'s Motion in Limine to Preclude the Government from Introducing Hearsay Statements of Defendants under the Residual Hearsay Exception. After reviewing the Motion, the Court finds good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that Defendant Christopher Ince, M.D.'s Motion in Limine is hereby GRANTED.

IT IS SO ORDERED.

_____        _____
Date                                                            The Honorable Alfred H. Bennett
                                                                        United States District Judge