UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff, § § v. § § BRIAN SWIENCINSKI; SCOTT § BREIMEISTER; VLADIMIR REDKO, M.D.; § CHRISTOPHER INCE, M.D.; and RONNIE § MCADA, JR., § § Defendants. § § | SECOND AMENDED EXHIBIT LIST Defendant Christopher Ince (4) Case No. 4:18-CR-00368 |

| PRESIDING JUDGE: | PLAINTIFF'S ATTORNEY: | DEFENDANT'S ATTORNEY: |
|---|---|---|
| Judge Alfred H. Bennett | Aleza Remis, Dept. of Justice | Samuel J. Louis |
| TRIAL DATE: | COURT REPORTER: | COURTROOM DEPUTY: |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Brian Hedger |
| 2 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient Financial History (Jennifer Parnell, Brian Harden, Danica Beegle, Paul Watson, Gregory Heinrich, Paul Watson, Stephanie Heinrich, Brad Beegle) |
| 3 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Brad Beegle |
| 4 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Brian Harden |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 5 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Brian Harden |
| 6 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Calvin Chane |
| 7 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Cortney Fox |
| 8 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Christie Hodges |
| 9 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Clayton Merritt |
| 10 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Charlotte Schweitzer |
| 11 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Cheryl Shetter |
| 12 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Curtis Smith |
| 13 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Cynthia Wayland |
| 14 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Deborah Gatch |
| 15 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: David Gullahorn |
| 16 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Dale Harborth |
| 17 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Debra Lemaster |
| 18 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Dona Phillips |
| 19 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: David Pierce |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Dennis Tanner |
| 21 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Danica Beegle |
| 22 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Dolores Williams |
| 23 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Eugenia Davis |
| 24 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Frances Watson |
| 25 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Geoffrey Klein |
| 26 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Helen Clay |
| 27 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Jason Naron |
| 28 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Jose Roa |
| 29 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Jane Robertson |
| 30 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Jeannette Robinson |
| 31 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Jennifer Parnell |
| 32 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Jennifer Parnell |
| 33 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Johnny Harden |
| 34 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Kelly Bradford |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 35 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Cari Herig |
| 36 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Kevin Parnell |
| 37 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Luis Olague |
| 38 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Lauren Pace |
| 39 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Marsha Hampton |
| 40 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Monica Knott |
| 41 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Melissa Smith |
| 42 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Marilyn Smith |
| 43 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Paul Watson |
| 44 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Rhonda Lindsay |
| 45 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Ryan McDonald |
| 46 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Stephanie Ellis |
| 47 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Shannon Hardwick |
| 48 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Kenneth Head |
| 49 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Juan Gil |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: KC Haase |
| 51 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: James Mangan |
| 52 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Janice Villejoin |
| 53 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Leona Shivji |
| 54 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Mia Jackson |
| 55 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Timothy White |
| 56 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Thelma Davenport |
| 57 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Michael Wagner |
| 58 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Kathleen Gilliam |
| 59 | | | | | CONTRATO DE PRESTACION DE SERVICIOS |
| 60 | | | | | Compound Pain Prescription for Patient Patricia Garner |
| 61 | | | | | Compound Pain Prescription for Patient Fred Yates |
| 62 | | | | | Compound Pain Prescription for Patient Tom Wells |
| 63 | | | | | Compound Pain Prescription for Patient Deborah Hughes |
| 64 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Theresa Blodgett |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 65 | | | | | Christopher Ince, M.D./Applied Pain Associates Patient File: Tammy Naron |
| 66 | | | | | 09/02/2015 Email, Subject Re: manifests |
| 67 | | | | | Intake Process Demonstrative |
| 68 | | | | | 9/23/2015 Email, Subject Re: FW Patient |
| 69 | | | | | 9/28/2015 Email, Subject Re: FW Patient |
| 70 | | | | | 10/7/2015 Email, Subject Re: Patient |
| 71 | | | | | 10/12/2015 Email, Subject Re: Patient |
| 72 | | | | | 8/31/2015 Claims Demonstrative |

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/ Samuel J Louis*
Samuel J. Louis
Texas Bar No. 12588040
811 Main St., Suite 2500
Houston, Texas 77002
(713) 821-7000 (Telephone)
(713) 821-7001 (Facsimile)
Samuel.louis@hklaw.com

**ATTORNEY FOR DEFENDANT**
**CHRISTOPHER INCE, M.D.**

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 8, 2022, the foregoing has been served on counsel of record by Notice of Electronic filing via CM/ECF, in accordance with the Federal Rules of Criminal Procedure.

*/s/ Samuel J. Louis*
**SAMUEL J. LOUIS**