# ATTACHMENT

DOJ D. Helfmeyer Email 12-05-22

# Justo Mendez

| | |
|---|---|
| **From:** | Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov> |
| **Sent:** | Monday, December 5, 2022 11:53 PM |
| **To:** | Remis, Aleza (CRM); Josh Schaffer; Ahmed, Ridwan (CRM); Henard, Susan; Goodman, Arianna G.; Louis, Samuel (EXTERNAL); Riley, Rachel (EXTERNAL); joshua.upthegrove; McCarthy, Brandon N. (EXTERNAL); Lavine, Jim E. (EXTERNAL); Villa, Michael A.; Ansley, Jeffrey J.; Cogdell, Dan (EXTERNAL); Justo Mendez; Fleming, Mary C. (EXTERNAL); Newton, Brent (EXTERNAL); Norris, Nicholas (EXTERNAL); Bedgood, Valerie; Deau, Samuel M.; McPherson, Latonya E (HOU - X56884); Thames, Linda D.; Knox, Laken |
| **Cc:** | Raut, Katherine (CRM); Williams, Jodi-Kay (CRM) |
| **Subject:** | RE: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses |
| **Attachments:** | Claims Summary Exhibits - 2022.12.05.zip |

Good evening all,
As we mentioned last night and earlier this evening, we were making final updates to the claims-related summaries. We are producing a complete updated version of the claims-related summaries (GEXs 16-31; 50-56). The updates relate to the dollar amounts associated with the PBM Optum Rx. The overall difference is a reduction in Total Paid by Optum by approximately $4.6 million, which relates to claims where there was a reversal.
The following Exhibits have been updated:

- 16 (Claims by Pharmacy)
- 17 (Total Paid over time, OPP v. all others)
- 18 (Payments to pharmacies by PBM – stacked bar graph)
- 20 (payments of compound v. not compound over time)
- 22.1-2 (Top 50 families)
- 22.3 (Top 15 families with Redko as a prescriber)
- 22.4 (Top 10 families with Ince as a prescriber)
- 22.5 (Top 15 families with Kennedy as a prescriber)
- 22.14 (Bartis Family)
- 22.21 (Delozier Family)
- 22.30 (Intuitive Families)
- 23.01-03 (Top 100 prescribers)
- 23.4 (top 100 prescribers vs. all others pie chart)
- 23.5 (total paid over time with Redko as prescriber)
- 23.6 (total paid over time with Ince as prescriber)
- 23.7 (total paid over time with Kennedy as prescriber)
- 23.8 (total paid over time with Thorson as prescriber)
- 24.1 (Investors summary)
- 24.2-24.8 (Prescribers over time: Babus, Fisher, Viesca, Bond, Pina, Tran, and all 29)
- 25 (Families of McAda 1099 employees)
- 26 (Sunnyvale families)
- 30.1 (Medicare over time)
- 31 (Total paid by drug type – concentric circles)
- 50. (Total paid by drug type over time)
- 51 (Map of Redko claims)
- 54 NEW (Southard Family summary from "All Claims"—this exhibit does not come from GEX 1. Rather, it comes from Prime Therapeutics "A. Pharmacy Claims Data," which was produced on December 21, 2018. We are offering this to show that the Southard family had adjudicated claims as early as December 2013, even if those claims don't appear in the final claims data in GEX 1).

1

- 56 NEW (Merrimon Baker claims after September 1, 2014—this IS from GEX 1)

I'd be happy to talk through any of these exhibits.  They are all 1006 summaries of voluminous (and admissible) records.  With the exception of the new GEX 54, they're all summaries of the claims data in GEX 1, which was admitted without objection.

Sincerely,

**Devon Helfmeyer**
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
202-262-6576

---

**From:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>
**Sent:** Monday, December 5, 2022 7:34 PM
**To:** Josh Schaffer <josh@joshschafferlaw.com>; Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>; Henard, Susan <shenard@meadowscollier.com>; Goodman, Arianna G. <agoodman@vedderprice.com>; Louis, Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>; Riley, Rachel (EXTERNAL) <rachel.riley@katten.com>; joshua.upthegrove <joshua.upthegrove@katten.com>; McCarthy, Brandon N. (EXTERNAL) <brandon.mccarthy@katten.com>; Lavine, Jim E. (EXTERNAL) <jim.lavine@zlzslaw.com>; Villa, Michael A. <mvilla@meadowscollier.com>; Ansley, Jeffrey J. <jansley@vedderprice.com>; Cogdell, Dan (EXTERNAL) <dcogdell@joneswalker.com>; justo.mendez@gmlaw.com; Fleming, Mary C. (EXTERNAL) <mary.fleming@katten.com>; Newton, Brent (EXTERNAL) <BNewton@ghmfirm.com>; Norris, Nicholas (EXTERNAL) <nnorris@joneswalker.com>; Bedgood, Valerie <vbedgood@joneswalker.com>; Deau, Samuel M. <sdeau@vedderprice.com>; McPherson, Latonya E (HOU - X56884) <Latonya.McPherson@hklaw.com>; Thames, Linda D. <lthames@vedderprice.com>; Knox, Laken <lknox@joneswalker.com>
**Cc:** Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Williams, Jodi-Kay (CRM) <Jodi-Kay.Williams@usdoj.gov>
**Subject:** RE: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses

All,

We have changed our witness order a bit to give additional time for you all to review the claims data summary exhibits (and to give Cogdell some time for his meeting in the morning).

Here's what we have: Chan, Kristi Sigmon, Brad Madrid.  Unlikely but possible – Chad Southard.

In terms of the summary exhibits, we anticipate Ms. Hinton will likely take the stand around Wednesday now.  As I referenced in my email last night, we have additional updates to some of the charts that will *reduce* some of the totals, which we will send over shortly.  If you have any specific legal objections to individual summaries, we would be happy to confer. To the extent we can resolve any such issues without involving the Court, that would be appreciated.

Best,

Aleza

---

**From:** Josh Schaffer <josh@joshschafferlaw.com>
**Sent:** Monday, December 5, 2022 7:17 PM
**To:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>; Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>; Henard, Susan <shenard@meadowscollier.com>; Goodman, Arianna G. <agoodman@vedderprice.com>; Louis, Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>; Riley, Rachel (EXTERNAL) <rachel.riley@katten.com>; joshua.upthegrove <joshua.upthegrove@katten.com>; McCarthy, Brandon N. (EXTERNAL) <brandon.mccarthy@katten.com>; Lavine, Jim E. (EXTERNAL) <jim.lavine@zlzslaw.com>; Villa, Michael A. <mvilla@meadowscollier.com>; Ansley, Jeffrey J.

<jansley@vedderprice.com>; Cogdell, Dan (EXTERNAL) <dcogdell@joneswalker.com>; justo.mendez@gmlaw.com; Fleming, Mary C. (EXTERNAL) <mary.fleming@katten.com>; Newton, Brent (EXTERNAL) <BNewton@ghmfirm.com>; Norris, Nicholas (EXTERNAL) <nnorris@joneswalker.com>; Bedgood, Valerie <vbedgood@joneswalker.com>; Deau, Samuel M. <sdeau@vedderprice.com>; McPherson, Latonya E (HOU - X56884) <Latonya.McPherson@hklaw.com>; Thames, Linda D. <lthames@vedderprice.com>; Knox, Laken <lknox@joneswalker.com>
**Cc:** Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Williams, Jodi-Kay (CRM) <Jodi-Kay.Williams@usdoj.gov>
**Subject:** [EXTERNAL] Re: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses

For tomorrow, Chan, Hinton, and who else?

Thanks,

Josh Schaffer
1021 Main, Suite 1440
Houston, Texas 77002
(713) 951-9555
(713) 951-9854 (fax)
josh@joshschafferlaw.com
www.joshschafferlaw.com [protect2.fireeye.com]

---

**From:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>
**Sent:** Sunday, December 4, 2022 10:41:52 PM
**To:** Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>; Henard, Susan <shenard@meadowscollier.com>; Goodman, Arianna G. <agoodman@vedderprice.com>; Louis, Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>; Riley, Rachel (EXTERNAL) <rachel.riley@katten.com>; joshua.upthegrove <joshua.upthegrove@katten.com>; McCarthy, Brandon N. (EXTERNAL) <brandon.mccarthy@katten.com>; Josh Schaffer <josh@joshschafferlaw.com>; Lavine, Jim E. (EXTERNAL) <jim.lavine@zlzslaw.com>; Villa, Michael A. <mvilla@meadowscollier.com>; Ansley, Jeffrey J. <jansley@vedderprice.com>; Cogdell, Dan (EXTERNAL) <dcogdell@joneswalker.com>; justo.mendez@gmlaw.com <justo.mendez@gmlaw.com>; Fleming, Mary C. (EXTERNAL) <mary.fleming@katten.com>; Newton, Brent (EXTERNAL) <BNewton@ghmfirm.com>; Norris, Nicholas (EXTERNAL) <nnorris@joneswalker.com>; Bedgood, Valerie <vbedgood@joneswalker.com>; Deau, Samuel M. <sdeau@vedderprice.com>; McPherson, Latonya E (HOU - X56884) <Latonya.McPherson@hklaw.com>; Thames, Linda D. <lthames@vedderprice.com>; Knox, Laken <lknox@joneswalker.com>
**Cc:** Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Williams, Jodi-Kay (CRM) <Jodi-Kay.Williams@usdoj.gov>
**Subject:** RE: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses

All,

As we continue to prepare for tomorrow's witnesses, we noticed a change that may apply across several of the claims-related summaries. We are working on updates and will have those to you as soon as possible, though likely not until tomorrow. Any changes are likely to result in reduced totals, and none of the possible changes impact Express Scripts (the witness from Express Scripts will be called before the claims-related witness).

Best,

Aleza

---

**From:** Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>
**Sent:** Sunday, December 4, 2022 9:34 PM
**To:** Henard, Susan <shenard@meadowscollier.com>; Goodman, Arianna G. <agoodman@vedderprice.com>; Louis,

Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>; Riley, Rachel (EXTERNAL) <rachel.riley@katten.com>; joshua.upthegrove <joshua.upthegrove@katten.com>; McCarthy, Brandon N. (EXTERNAL) <brandon.mccarthy@katten.com>; Schaffer, Josh (EXTERNAL) <josh@joshschafferlaw.com>; Lavine, Jim E. (EXTERNAL) <jim.lavine@zlzslaw.com>; Villa, Michael A. <mvilla@meadowscollier.com>; Ansley, Jeffrey J. <jansley@vedderprice.com>; Cogdell, Dan (EXTERNAL) <dcogdell@joneswalker.com>; justo.mendez@gmlaw.com; Fleming, Mary C. (EXTERNAL) <mary.fleming@katten.com>; Newton, Brent (EXTERNAL) <BNewton@ghmfirm.com>; Norris, Nicholas (EXTERNAL) <nnorris@joneswalker.com>; Bedgood, Valerie <vbedgood@joneswalker.com>; Deau, Samuel M. <sdeau@vedderprice.com>; McPherson, Latonya E (HOU - X56884) <Latonya.McPherson@hklaw.com>; Thames, Linda D. <lthames@vedderprice.com>; Knox, Laken <lknox@joneswalker.com>
**Cc:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>; Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Williams, Jodi-Kay (CRM) <Jodi-Kay.Williams@usdoj.gov>
**Subject:** RE: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses

Good evening,

Drafts previously provided, with some unchanged, and some with mostly formatting modifications: GEX 5-10; 12-14; 16-21; 23-31; 35-40; 43.

New: GEX 40A; 40B; 46-52.

In addition, please find attached a modified GEX 15, 44, and 49, and a new GEX 53. These four exhibits have just been updated in the USAfx folder.

Sincerely,

**Ridwan Ahmed**
Paralegal
U.S. Department of Justice
Criminal Division, Fraud Section
Contractor - CACI
(713) 567-9435

---

**From:** Henard, Susan <shenard@meadowscollier.com>
**Sent:** Sunday, December 4, 2022 4:02 PM
**To:** Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>; Goodman, Arianna G. <agoodman@vedderprice.com>; Louis, Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>; Riley, Rachel (EXTERNAL) <rachel.riley@katten.com>; joshua.upthegrove <joshua.upthegrove@katten.com>; McCarthy, Brandon N. (EXTERNAL) <brandon.mccarthy@katten.com>; Schaffer, Josh (EXTERNAL) <josh@joshschafferlaw.com>; Lavine, Jim E. (EXTERNAL) <jim.lavine@zlzslaw.com>; Villa, Michael A. <mvilla@meadowscollier.com>; Ansley, Jeffrey J. <jansley@vedderprice.com>; Cogdell, Dan (EXTERNAL) <dcogdell@joneswalker.com>; justo.mendez@gmlaw.com; Fleming, Mary C. (EXTERNAL) <mary.fleming@katten.com>; Newton, Brent (EXTERNAL) <BNewton@ghmfirm.com>; Norris, Nicholas (EXTERNAL) <nnorris@joneswalker.com>; Bedgood, Valerie <vbedgood@joneswalker.com>; Deau, Samuel M. <sdeau@vedderprice.com>; McPherson, Latonya E (HOU - X56884) <Latonya.McPherson@hklaw.com>; Thames, Linda D. <lthames@vedderprice.com>; Knox, Laken <lknox@joneswalker.com>
**Cc:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>; Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Williams, Jodi-Kay (CRM) <Jodi-Kay.Williams@usdoj.gov>
**Subject:** [EXTERNAL] RE: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses

Ridwan, are any of the summary exhibits NEW/REVISED, or are they the same as those previously provided to us?



**Susan Henard**   [protect2.fireeye.com]
Paralegal
shenard@meadowscollier.com

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | | |
|---|---|---|---|
| **Phone:** | 214.744.3700 | E-MAIL | |
| **Direct:** | 214.749.2474 | WEB SITE [protect2.fireeye.com] | |
| **Toll Free:** | 800.451.0093 | | |
| **Fax:** | 214.747.3732 | | |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

**From:** Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>
**Sent:** Sunday, December 4, 2022 2:22 AM
**To:** Goodman, Arianna G. <agoodman@vedderprice.com>; Louis, Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>; Riley, Rachel (EXTERNAL) <rachel.riley@katten.com>; joshua.upthegrove <joshua.upthegrove@katten.com>; McCarthy, Brandon N. (EXTERNAL) <brandon.mccarthy@katten.com>; Schaffer, Josh (EXTERNAL) <josh@joshschafferlaw.com>; Lavine, Jim E. (EXTERNAL) <jim.lavine@zlzslaw.com>; Villa, Michael A. <mvilla@meadowscollier.com>; Ansley, Jeffrey J. <jansley@vedderprice.com>; Cogdell, Dan (EXTERNAL) <dcogdell@joneswalker.com>; justo.mendez@gmlaw.com; Fleming, Mary C. (EXTERNAL) <mary.fleming@katten.com>; Newton, Brent (EXTERNAL) <BNewton@ghmfirm.com>; Norris, Nicholas (EXTERNAL) <nnorris@joneswalker.com>; Bedgood, Valerie <vbedgood@joneswalker.com>; Deau, Samuel M. <sdeau@vedderprice.com>; McPherson, Latonya E (HOU - X56884) <Latonya.McPherson@hklaw.com>; Henard, Susan <shenard@meadowscollier.com>; Thames, Linda D. <lthames@vedderprice.com>; Knox, Laken <lknox@joneswalker.com>
**Cc:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>; Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Williams, Jodi-Kay (CRM) <Jodi-Kay.Williams@usdoj.gov>
**Subject:** RE: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses

EXTERNAL EMAIL
All,

We just shared with you via USAfx the summary exhibits discussed below, as well as all the email exhibits in local time (as opposed to GMT). Please let us know if you have any difficulty accessing these exhibits via USAfx.

Sincerely,

**Ridwan Ahmed**
Paralegal

U.S. Department of Justice
Criminal Division, Fraud Section
Contractor - CACI
(202) 552-9097

---

**From:** Cogdell, Dan <dcogdell@joneswalker.com>
**Sent:** Friday, December 2, 2022 5:38 PM
**To:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>; Upthegrove, Joshua R. <joshua.upthegrove@katten.com>; Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>; 'Josh Schaffer' <josh@joshschafferlaw.com>; Brent Newton - Gerger Hennessy & McFarlane (bnewton@ghmfirm.com) <bnewton@ghmfirm.com>; 'Jim E. Lavine' <jim.lavine@zlzslaw.com>; Goodman, Arianna <agoodman@vedderprice.com>; Ansley, Jeffrey J. <jansley@vedderprice.com>; justo.mendez@gmlaw.com; Louis, Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>
**Cc:** McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Riley, Rachel <rachel.riley@katten.com>; Fleming, Mary C. <mary.fleming@katten.com>; Villa, Michael A. <mvilla@meadowscollier.com>; Scottie D. Allen <scottiedallen@scottiedallenlaw.com>; Henard, Susan <shenard@meadowscollier.com>
**Subject:** [EXTERNAL] RE: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses

Thank you and sounds like a plan.

**Dan Cogdell** | Partner
Jones Walker LLP
D: 713.437.1869
dcogdell@joneswalker.com

---

**From:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>
**Sent:** Friday, December 2, 2022 5:32 PM
**To:** Cogdell, Dan <dcogdell@joneswalker.com>; Upthegrove, Joshua R. <joshua.upthegrove@katten.com>; Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>; 'Josh Schaffer' <josh@joshschafferlaw.com>; Brent Newton - Gerger Hennessy & McFarlane (bnewton@ghmfirm.com) <bnewton@ghmfirm.com>; 'Jim E. Lavine' <jim.lavine@zlzslaw.com>; Goodman, Arianna <agoodman@vedderprice.com>; Ansley, Jeffrey J. <jansley@vedderprice.com>; justo.mendez@gmlaw.com; Louis, Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>
**Cc:** McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Riley, Rachel <rachel.riley@katten.com>; Fleming, Mary C. <mary.fleming@katten.com>; Villa, Michael A. <mvilla@meadowscollier.com>; Scottie D. Allen <scottiedallen@scottiedallenlaw.com>; Henard, Susan <shenard@meadowscollier.com>
**Subject:** [EXTERNAL] RE: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses

All,

Will Chan and Grace Hinton will be testifying regarding the financial and claims summary exhibits. We have produced in draft form nearly all of those, although there are a handful of additional exhibits we will provide tomorrow along with the final versions for the others (for which you already have drafts).

To the extent there are objections, it would be helpful to confer on Sunday so that we can address any issues and (hopefully) come to agreements.

Have a nice weekend,

Aleza

**From:** Cogdell, Dan <dcogdell@joneswalker.com>
**Sent:** Friday, December 2, 2022 5:28 PM
**To:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>; Upthegrove, Joshua R. <joshua.upthegrove@katten.com>; Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>; 'Josh Schaffer' <josh@joshschafferlaw.com>; Brent Newton - Gerger Hennessy & McFarlane (bnewton@ghmfirm.com) <bnewton@ghmfirm.com>; 'Jim E. Lavine' <jim.lavine@zlzslaw.com>; Goodman, Arianna <agoodman@vedderprice.com>; Ansley, Jeffrey J. <jansley@vedderprice.com>; justo.mendez@gmlaw.com; Louis, Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>
**Cc:** McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Riley, Rachel <rachel.riley@katten.com>; Fleming, Mary C. <mary.fleming@katten.com>; Villa, Michael A. <mvilla@meadowscollier.com>; Scottie D. Allen <scottiedallen@scottieallenlaw.com>; Henard, Susan <shenard@meadowscollier.com>
**Subject:** [EXTERNAL] RE: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses

Appreciate it.

Can you be kind enough to let us know which exhibits you will be seeking to introduce through the Monday witnesses (particularly SA Hinton and William Chan) ?

Thank you.

**Dan Cogdell** | Partner
Jones Walker LLP
D: 713.437.1869
dcogdell@joneswalker.com

---

**From:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>
**Sent:** Friday, December 2, 2022 5:15 PM
**To:** Cogdell, Dan <dcogdell@joneswalker.com>; Upthegrove, Joshua R. <joshua.upthegrove@katten.com>; Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>; 'Josh Schaffer' <josh@joshschafferlaw.com>; Brent Newton - Gerger Hennessy & McFarlane (bnewton@ghmfirm.com) <bnewton@ghmfirm.com>; 'Jim E. Lavine' <jim.lavine@zlzslaw.com>; Goodman, Arianna <agoodman@vedderprice.com>; Ansley, Jeffrey J. <jansley@vedderprice.com>; justo.mendez@gmlaw.com; Louis, Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>
**Cc:** McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Riley, Rachel <rachel.riley@katten.com>; Fleming, Mary C. <mary.fleming@katten.com>; Villa, Michael A. <mvilla@meadowscollier.com>; Scottie D. Allen <scottiedallen@scottieallenlaw.com>; Henard, Susan <shenard@meadowscollier.com>
**Subject:** [EXTERNAL] RE: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses

All,

For Monday, we plan to call: Will Chan, Grace Hinton, Gary Taylor, Blake Stockwell.

Best,

Aleza

---

**From:** Cogdell, Dan <dcogdell@joneswalker.com>
**Sent:** Friday, December 2, 2022 5:06 PM
**To:** Upthegrove, Joshua R. <joshua.upthegrove@katten.com>; Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>; Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>; 'Josh Schaffer' <josh@joshschafferlaw.com>; Brent Newton - Gerger Hennessy & McFarlane (bnewton@ghmfirm.com) <bnewton@ghmfirm.com>; 'Jim E. Lavine' <jim.lavine@zlzslaw.com>;

Goodman, Arianna <agoodman@vedderprice.com>; Ansley, Jeffrey J. <jansley@vedderprice.com>; justo.mendez@gmlaw.com; Louis, Samuel (EXTERNAL) <Samuel.Louis@hklaw.com>
**Cc:** McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Riley, Rachel <rachel.riley@katten.com>; Fleming, Mary C. <mary.fleming@katten.com>; Villa, Michael A. <mvilla@meadowscollier.com>; Scottie D. Allen <scottiedallen@scottiedallenlaw.com>; Henard, Susan <shenard@meadowscollier.com>
**Subject:** [EXTERNAL] RE: USA v Swiencinski, et al | Cause No. 4:18-cr-368 | Monday Witnesses

Aleza, Katherine and Devon-

Can you confirm the identity of Monday's G witnesses, please?

Thank you.

**Dan Cogdell** | Partner
Jones Walker LLP
D: 713.437.1869
dcogdell@joneswalker.com

8

# ATTACHMENT

DOJ D. Helfmeyer Email 12-07-22

# Justo Mendez

| | |
|---|---|
| **From:** | Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov> |
| **Sent:** | Wednesday, December 7, 2022 9:20 PM |
| **To:** | Justo Mendez |
| **Subject:** | FW: Witnesses |

Justo, sorry, your old email address was included on the email I just sent.

**Devon Helfmeyer**
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
202-262-6576

**From:** Helfmeyer, Devon (CRM)
**Sent:** Wednesday, December 7, 2022 9:18 PM
**To:** Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>; Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>; jansley <jansley@vedderprice.com>; BNewton <BNewton@ghmfirm.com>; dcogdell <dcogdell@joneswalker.com>; mary.fleming <mary.fleming@katten.com>; agoodman <agoodman@vedderprice.com>; jim.lavine <jim.lavine@zlzslaw.com>; josh <josh@joshschafferlaw.com>; Mendez, Justo A (HOU - X56861) <Justo.Mendez@hklaw.com>; brandon.mccarthy <brandon.mccarthy@katten.com>; mvilla <mvilla@meadowscollier.com>; nnorris <nnorris@joneswalker.com>; rachel.riley <rachel.riley@katten.com>
**Cc:** Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Williams, Jodi-Kay (CRM) <Jodi-Kay.Williams@usdoj.gov>; Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>
**Subject:** RE: Witnesses

Good evening all,
Ms. Hinton will be offering the claims data summaries. Those include Exhibits 16 – 31, 50 – 54, and 56. With the exception of GEX 54, all are summaries of GEX 1. As I said in my email last night, GEX 54 is a summary from Prime Therapeutics "A. Pharmacy Claims Data," which was produced on December 21, 2018. We are offering this to show that the Southard family had adjudicated claims as early as December 2013, even if those claims don't appear in the final claims data in GEX 1. Ms. Hinton is not an agent; she's an analyst. Based on some of the court's rulings today, we may modify some of the summary titles.

Sincerely,

**Devon Helfmeyer**
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
202-262-6576

**From:** Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>
**Sent:** Wednesday, December 7, 2022 7:57 PM
**To:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>; jansley <jansley@vedderprice.com>; BNewton <BNewton@ghmfirm.com>; dcogdell <dcogdell@joneswalker.com>; mary.fleming <mary.fleming@katten.com>; agoodman <agoodman@vedderprice.com>; jim.lavine <jim.lavine@zlzslaw.com>; josh <josh@joshschafferlaw.com>; Mendez, Justo A (HOU - X56861) <Justo.Mendez@hklaw.com>; brandon.mccarthy <brandon.mccarthy@katten.com>; mvilla <mvilla@meadowscollier.com>; nnorris <nnorris@joneswalker.com>; rachel.riley <rachel.riley@katten.com>
**Cc:** Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>;

1

Williams, Jodi-Kay (CRM) <Jodi-Kay.Williams@usdoj.gov>; Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>
**Subject:** [EXTERNAL] RE: Witnesses

Thank you.  Can you remind us which exhibits will be offered through Agent Hinton.

**Sam Louis | Holland & Knight**
Partner
Holland & Knight LLP
811 Main Street, Suite 2500 | Houston, Texas 77002
Phone 713.244.6860 | Fax 713.821.7001 | Mobile 832.845.3964
samuel.louis@hklaw.com | www.hklaw.com [protect2.fireeye.com]

Add to address book [protect2.fireeye.com] | View professional biography [protect2.fireeye.com]

**From:** Remis, Aleza (CRM) <Aleza.Remis@usdoj.gov>
**Sent:** Wednesday, December 7, 2022 7:10 PM
**To:** jansley <jansley@vedderprice.com>; BNewton <BNewton@ghmfirm.com>; dcogdell <dcogdell@joneswalker.com>; mary.fleming <mary.fleming@katten.com>; agoodman <agoodman@vedderprice.com>; jim.lavine <jim.lavine@zlzslaw.com>; josh <josh@joshschafferlaw.com>; Mendez, Justo A (HOU - X56861) <Justo.Mendez@hklaw.com>; brandon.mccarthy <brandon.mccarthy@katten.com>; mvilla <mvilla@meadowscollier.com>; nnorris <nnorris@joneswalker.com>; rachel.riley <rachel.riley@katten.com>; Louis, Sam J (HOU - X56860) <Samuel.Louis@hklaw.com>
**Cc:** Raut, Katherine (CRM) <Katherine.Raut@usdoj.gov>; Helfmeyer, Devon (CRM) <Devon.Helfmeyer@usdoj.gov>; Williams, Jodi-Kay (CRM) <Jodi-Kay.Williams@usdoj.gov>; Ahmed, Ridwan (CRM) <Ridwan.Ahmed@usdoj.gov>
**Subject:** Witnesses

*[External email]*
All,

We'll likely Chad Southard (remaining), Grace Hinton, and Brad Madrid.

Best,

Aleza

**Aleza Remis**
Assistant Deputy Chief
Health Care Fraud Unit
Fraud Section, Criminal Division
U.S. Department of Justice
Aleza.Remis@usdoj.gov
(713) 567-9406

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.