UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Criminal No. 18-CR-368 |
| | § |
| **BRIAN SWIENCINSKI; SCOTT BREIMEISTER; CHRISTOPHER INCE, M.D.; and RONNIE MCADA, JR.,** | § |
| | § |
| Defendants. | § |

### UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Defendant CHRISTOPHER INCE, M.D. ("Dr. Ince") by and through his attorney seeks permission to travel and would respectfully show:

**I.**

Dr. Ince seeks permission to travel from Dallas, Texas to Arlington Virginia, on Friday December 23, 2022 and return to Dallas on Monday December 26, 2022 to visit family during the Christmas Holiday. Dr. Ince has complied with all conditions of his release pending the resolution of his case. Counsel has conferred with Department of Justice Trial Attorney Dustin Davis regarding this motion and he is unopposed. Counsel has also conferred with United States Probation officer Anna Fuentes and she is unopposed to this motion.

WHEREFORE PREMISES CONSIDERED, Defendant Christopher Ince respectfully request the Court grant this motion for permission to travel.

Respectfully submitted,

HOLLAND & KNIGHT

*/s/ Samuel J. Louis*
Samuel J. Louis
Holland & Knight
1100 Louisiana, Suite 4300
Houston, TX 77010
Email:samuel.louis@hklaw.com
Telephone (713) 244-6860

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 19, 2022, I conferred with Department of Justice Trial Attorney Dustin Davis regarding this motion and the government is unopposed. I have conferred with supervising probation officer Anna Fuentes and she is unopposed.

*/s/ Samuel J. Louis*
**Samuel J. Louis**

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022 the foregoing has been served on counsel of record for the Government by Notice of Electronic Filing via CM/ECF, in accordance with the Federal Rules of Criminal Procedure.

*/s/ Samuel J. Louis*
**Samuel J. Louis**