UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Criminal No. 18-CR-368 |
| **BRIAN SWIENCINSKI; SCOTT BREIMEISTER;CHRISTOPHER INCE, M.D.; and RONNIE MCADA, JR.,** | § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING PERMISSION TO TRAVEL

On this the _____ day of December, 2022 came on to be considered Defendant's Unopposed Motion for permission to travel from Dallas to Arlington Virginia on Friday, December 23, 2022 and return to Dallas on Monday December 26, 2022 and said Motion is hereby GRANTED.

Signed at Houston, Texas on _____.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE