United States District Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § § BRIAN SWIENCINSKI; SCOTT BREIMEISTER; CHRISTOPHER INCE, M.D.; and RONNIE MCADA, JR., § § § § § § Defendants. § § | Criminal No. 18-CR-368 |

## ORDER GRANTING PERMISSION TO TRAVEL

On this the _____ day of December, 2022 came on to be considered Defendant's Unopposed Motion for permission to travel from Dallas to Arlington Virginia on Friday, December 23, 2022 and return to Dallas on Monday December 26, 2022 and said Motion is hereby GRANTED.

Signed at Houston, Texas on DEC 2 1 2022 _____.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE