# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § | |
| **Plaintiff,** § § | |
| v. § § | **Criminal No. 18-CR-368** |
| **BRIAN SWIENCINSKI; SCOTT BREIMEISTER; CHRISTOPHER INCE, M.D.; and RONNIE MCADA, JR.,** § § § § § § | |
| **Defendants.** § § § | |

### DEFENDANT CHRISTOPHER INCE'S WAIVER
### OF APPEARANCE AT STATUS CONFERENCE

Defendant CHRISTOPHER INCE, by and through his attorney, waives his right to personally appear at the pretrial conference, and would respectfully show:

1. There's a status conference for this matter is scheduled for Tuesday, April 4th, 2023, at 1:30pm.

2. Defendant Ince had been advised of his rights to appear in person at the pretrial conference; and had made travel plans to travel from Dallas to Houston to attend the conference in person.

3. After receiving notice on Monday, April 3rd, 2023, that the status conference would be conducted over the phone, Defendant Ince canceled his travel plans. Defendant Ince has now been informed that this was a misunderstanding, and that the status conference will be held in person.

4. Defendant Ince hereby waives his rights to appear at the status conference.

5. Defendant Ince will be the represented during the pretrial conference by the undersigned, Justo Méndez.

WHEREFORE PREMISES CONSIDERED, Defendant Christopher Ince respectfully request the Court to accept and grant his waiver of appearance.

Respectfully submitted,

HOLLAND & KNIGHT

*/s/ Justo A. Mendez*
Justo A. Mendez
GreenspoonMarder
905 Queen Annes Rd.
Houston, TX 77024
Email:justo.mendez@gmlaw.com
Telephone (281) 757-1305

*/s/ JustoMéndez*
**Justo A. Mendez**

# CERTIFICATE OF SERVICE

I hereby certify that on April 4th, 2023 the foregoing has been served on counsel of record for the Government by Notice of Electronic Filing via CM/ECF, in accordance with the Federal Rules of Criminal Procedure.

*/s/ JustoMéndez*
**Justo A. Mendez**