UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SWIENCINSKI; SCOTT BREIMEISTER; CHRISTOPHER INCE, M.D.; and RONNIE MCADA, JR.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§   Criminal No. 18-CR-368<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING AND GRANTING WAIVER**
**OF APPEARANCE AT PRE-TRIAL CONFERENCE**

On this the 4th day of April, 2023 came on to be considered Defendant Ince's Waiver to Appear at the Staus Conference, and said Waiver is hereby accepted and GRANTED.

Signed at Houston, Texas on _____.


_____
UNITED STATES DISTRICT JUDGE