UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:18-CR-00368 |
| | § | |
| BRIAN SWIENCINSKI | § | |
| SCOTT BREIMEISTER | § | |
| CHRISTOPHER INCE, M.D., and | § | |
| RONNIE MCADA, JR., | § | |

## ORDER

Pending before this Court is defendant Christopher Ince Motion to Dismiss the Superseding Indictment Based on Government Misconduct and substantial prejudice and for Other Relief. After consideration, the Court finds such Motion should be GRANTED.

IT IS ORDERED

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge