Case No. 4:18-cr-00368

# DEFENDANT'S EXHIBIT 66

From:     Pam Bailey
Sent:     Wed 9/02/2015 1:51 PM (GMT-00:00)
To:       Hamid Mobli
Cc:       Leonard Carr; Scott Breimeister
Bcc:
Subject: Re: manifests


Yes I know. Diana and Stacey asked me about them, I billed them because Brian and Scott asked me too.

Sent from my iPhone

On Sep 2, 2015, at 7:56 AM, Hamid Mobli <hamid.mobli@omnipluspharmacy.com> wrote:

> Pam,
>
> We do not have manifests on these scripts/patients. I also remember we were audited on one of these families before.
>
> Hamid Mobli, RPh
>
> Pharmicist in Charge
>
> OmniPlus Pharmacy
>
> (713) 874-0300 (ext 2002)



DEFENDANT'S EXHIBIT
Ince 66
4-18-CR-368

| Rx number | Fill date | Time | Stat | Qty | Drug/formula | Patient |
|---|---|---|---|---|---|---|
| 130072 | 8/31/2015 | 3:31:41 PM | | 240 | CAMPHOMEX SPRAY | ALVERSON, COLTON |
| 130073 | 8/31/2015 | 3:32:47 PM | | 1 | DERMASILKRX SDS PAK CREAM | ALVERSON, COLTON |
| 130068 | 8/31/2015 | 3:06:37 PM | | 240 | CAMPHOMEX SPRAY | ALVERSON, KELLI |
| 130069 | 8/31/2015 | 3:13:13 PM | | 1 | DERMASILKRX SDS PAK CREAM | ALVERSON, KELLI |
| 130075 | 8/31/2015 | 3:38:23 PM | | 1 | DERMASILKRX SDS PAK CREAM | ALVERSON, KEVIN |
| 130076 | 8/31/2015 | 3:39:29 PM | | 240 | CAMPHOMEX SPRAY | ALVERSON, KEVIN |
| 130077 | 8/31/2015 | 3:40:23 PM | | 1 | DERMASILKRX SDS PAK CREAM | ALVERSON, KEVIN |
| 130078 | 8/31/2015 | 3:41:33 PM | | 240 | CAMPHOMEX SPRAY | ALVERSON, KEVIN |
| 130084 | 8/31/2015 | 4:34:43 PM | | 60 | RENOVO PATCH | WALTON, BRIAN |
| 130085 | 8/31/2015 | 4:36:08 PM | | 240 | CAMPHOMEX SPRAY | WALTON, BRIAN |
| 130086 | 8/31/2015 | 4:36:59 PM | | 240 | LIDOCIN 3% GEL | WALTON, BRIAN |
| 130083 | 8/31/2015 | 4:52:51 PM | | 1 | DERMASILKRX SDS PAK CREAM | WALTON, BRIAN |
| 130090 | 8/31/2015 | 5:15:28 PM | | 1 | DERMASILKRX SDS PAK CREAM | WALTON, EMILY |
| 130089 | 8/31/2015 | 5:16:22 PM | | 240 | CAMPHOMEX SPRAY | WALTON, EMILY |
| 130091 | 8/31/2015 | 5:18:05 PM | | 60 | RENOVO PATCH | WALTON, EMILY |
| 130092 | 8/31/2015 | 5:18:58 PM | | 240 | LIDOCIN 3% GEL | WALTON, EMILY |
| 130093 | 8/31/2015 | 5:19:59 PM | | 1 | DERMASILKRX SDS PAK CREAM | WALTON, MICHELLE |
| 130094 | 8/31/2015 | 5:21:04 PM | | 60 | RENOVO PATCH | WALTON, MICHELLE |
| 130095 | 8/31/2015 | 5:22:09 PM | | 240 | CAMPHOMEX SPRAY | WALTON, MICHELLE |
| 130097 | 8/31/2015 | 5:23:26 PM | | 240 | LIDOCIN 3% GEL | WALTON, MICHELLE |