UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 18-CR-368 |
| CHRISTOPHER INCE M.D. | § § | |

## ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE OF DEFENDANT CHRISTOPHER INCE, M.D.

The Court, having considered the Motion to Modify Conditions of Release of Defendant Christopher Ince, M.D., finds it should be granted.

It is therefore ORDERED that the Conditions of Release relating to Defendant Christopher Ince, M.D., be modified as follows:

"Defendant's travel is restricted to the United States."

Signed at Houston, Texas on _____.

_____
The Honorable Alfred H. Bennett
United States District Judge