UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. 4:18-CR-00368 |
| BRIAN SWIENCINSKI § SCOTT BREIMEISTER § CHRISTOPHER INCE, M.D., and § RONNIE MCADA, JR., § | |

## ORDER

Pending before this Court is defendant Christopher Ince Motion to Sever his case from the remaining codefendants and request for a hearing on a trial date. After consideration, the Court finds such Motion should be GRANTED and the hearing is docketed for _____ regarding a trial date.

_____              _____
Date                                                The Honorable Alfred H. Bennett
                                                    United States District Judge

10