# EXHIBIT A

FD-302 (Rev. 5-8-10)

- 1 of 4 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    01/24/2019

### PATIENT MEDICAL INFORMATION

This document contains patient medical information protected under the Privacy Act or the Health Insurance Portability and Accountability Act. Such information may be accessed and used only if necessary for the performance of one's official duties and only to persons with a need-to-know. This information must be safeguarded and protected from inadvertent disclosure.

    On 12/17/2018, CHRISTOPHER INCE, MD, DOB ████████, SSN ████████, was interviewed at the US Attorney's Office in Houston, TX, under a proffer agreement in follow-up to a previous proffer interview.  Present during this interview were INCE, his attorney, Sam Louis; Trial Attorney Aleza Remis; and SA Steven Sandh.  After being advised of the purpose of the meeting and admonished to be truthful, INCE provided the following information:

<u>PATIENTS</u>

    INCE denies ever signing prescriptions for patients that he did not see.

    There are some patients [from the list of patients in the two subpoenas to APPLIED PAIN ASSOCIATES, PLLC] for whom INCE's office does not have patient files.  These patients are:



---

Investigation on   12/17/2018   at   Houston, Texas, United States (In Person)

File # ████████      Date drafted   12/18/2018

by   Steven R. Sandh

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

████████████████

Continuation of FD-302 of   (U) INCE, CHRISTOPHER, MD - 2018-12-17 - Proffer   , On   12/17/2018   , Page   2 of 4



- ████████████████████████████
  - BRIAN SWIENCINSK
- ████████████████
  - ████████████
  - ████████
  - ████████

All of the ████████ are unknown to INCE.  To his knowledge, INCE never signed a prescription for them.

INCE has no recollection of the ████████, the ██████, ████████, or ████████.

████████ is the wife of ████████ who is a good friend of INCE's.  INCE does not recall writing a prescription for ████████; however, it is possible that he did.  ████████ was a patient of INCE's.  ████████ was never a patient in INCE's office.

████████ is a friend of INCE's.  ████████ worked with ████████.  ████████ was not a patient in INCE's office.  INCE does not recall whether he wrote prescriptions for ████████.

████████ is a good friend of INCE's.  ██████ has no patient file [at INCE's office], and INCE does not recall whether he wrote prescriptions for ████.

BRIAN ████████ SWIENCINSKI are good friends of INCE's.  They have no patient files [at INCE's practice], though INCE did write prescriptions for them.  ████████ is the ████████ of BRIAN ████████ SWIENCINSKI.  INCE used to see the SWIENCINSKIs very often.  They lived in the same building as INCE.  INCE recalls writing a prescription for ████████; it may have been at the same time/occasion as INCE's prescription for ████.  INCE may have even been the one to suggest to the SWIENCINSKIs that INCE could write prescriptions ████████ for them.  INCE, however, does not recall, and it may have been that BRIAN SWIENCINSKI brought it [writing the prescriptions] up.

[Regarding why INCE would have written prescriptions for individuals who are not patients / have no patient file, INCE advised:] it could be a number of reasons.  Mainly, it is because of muscular-skeletal pain.  The prescriptions would have been [written] for a medical need.

INCE does see children as part of his practice.

DOJ_18CR368-0144855

FD-302a (Rev. 05-08-10)

███████████████████

(U) INCE, CHRISTOPHER, MD - 2018-12-17 -
Continuation of FD-302 of  Proffer                                                    , On   12/17/2018  , Page   3 of 4

PHARMACIES

   Prior to [INCE's association with] BRIAN SWIENCINSKI's pharmacy, INCE
wrote over 1,100 cream prescriptions.  This would have been from 2012 to
2015.  The pharmacies that filled these prescriptions were not associated
with BRIAN SWIENCINKSI.

COMPENSATION/LOANS

   INCE denies ever receiving any compensation or incentives for [his]
prescriptions [filled] by SWIENCINSKI's pharmacy.  INCE also used other
pharmacies at the time that he used SWIENCINSKI's pharmacy.  None of those
pharmacies paid INCE, either.

   INCE reaffirms that the financial transactions [from WORTH MEDICAL /
SWIENCINSKI to INCE] that were discussed during INCE's previous proffer
interview were not payments.  Rather, all of these transfers were loans
[from SWIENCINSKI to INCE].  INCE does not have any paperwork of the
associated loan agreements; however, INCE knows that SWIENCINSKI has a
copy of one of them.   [As for repayment on these loans,] INCE probably
still owes SWIENCINSKI about $500,000.

   INCE does not know who got paid for the prescriptions sent to
SWIENCINSKI's pharmacy.  "We" did not have a [sales] representative.  It
was SWIENCINSKI who dropped off the forms [prescription pads/sheets].

PRESCRIPTIONS

   All of the prescriptions [pads/sheets from SWIENCINSKI's pharmacy] were
blank when INCE received them.  None of them were pre-filled out at all.

   After a prescription was ready [filled out and signed, presumably],
████████ or ████████, the MAs [medical assistants] at INCE's office, would
have probably been the one to fax the prescription to the pharmacy.

   For the patient files that INCE does have [in response to the
subpoenas, presumably], INCE does not have the actual prescriptions that
were faxed [to SWIENCINSKI's pharmacy].  There is just a notation in the
notes [about the prescription and/or the medical need, presumably].

   [Regarding the practice of INCE's office concerning keeping
prescriptions, INCE advised] the office definitely keeps the narcotic
prescriptions.  The [compound prescriptions] were seen as less [serious].

████████████████

FD-302a (Rev. 05-08-10)



(U) INCE, CHRISTOPHER, MD - 2018-12-17 -
Continuation of FD-302 of  Proffer                                          , On  12/17/2018 , Page  4 of 4





---

    [During the proffer meeting, INCE's attorney, Sam Louis, provided the Government with copies of records, including detailed patient file records for �a█████████ and �a█████████; a summary chart; and research records related to some of the individuals identified by the Government as patients for whom SWIENCINSKI's pharmacy group claim INCE as the the prescribing physician.  Refer to the provided items (stored via 1-A) for details.]