NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | Criminal No. 18-CR-368 |
| § | |
| BRIAN SWIENCINKSI, § | |
| SCOTT BREIMEISTER, § | |
| CHRISTOPHER INCE, and § | |
| RONNIE MCADA, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendant Christopher Ince's Motion for Severance and Request for Hearing on Setting a Trial Date (Doc. No. 580) and the United States' response in opposition thereto (Doc. No. 583). Having reviewed the parties' submissions and applicable legal authority, the Court DENIES Defendant Ince's motion. The motion is untimely, fails to overcome the "heavy presumption" in favor of joinder in conspiracy cases, and fails to adequately explain why limiting instructions would be insufficient to cure the purported prejudice in this case. The motion also fails to explain why severance is "necessary" to protect Defendant Ince's rights under the Speedy Trial Act.

It is so ORDERED.

_____                    _____
Date                                            The Honorable Alfred H. Bennett
                                                   United States District Judge