UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. 4:18-CR-00368 |
| § | |
| BRIAN SWIENCINSKI, § | |
| SCOTT BREIMEISTER, § | |
| CHRISTOPHER INCE, M.D., and § | |
| RONNIE MCADA, JR. § | |

**DEFENDANT CHRISTOPHER INCE, M.D.  MOTION REQUESTING PRETRIAL HEARING AND SETTING A TRIAL DATE**

TO THE HONORABLE ALFRED H. BENNETT:

Defendant Christopher Ince, M.D. submits this motion requesting the Court to schedule a pretrial hearing and set a trial date at the earliest available setting.  On December 20, 2023, the Court held a hearing on several pending motions including Ince's motion to sever his case from remaining defendants.  During the hearing, codefendant Ronnie McAda joined Ince's motion.  The Court inquired regarding a potential trial date and referenced the date of February 12, 2024.  On January 10, 2024, the Court granted the motion and severed Ince and McAda's case from codefendants Brian Swiencinski and Scott Breimeister (Dkt. No. 594).  Counsel for Ince and the Government have engaged in plea discussions but have reached an impasse and a trial is necessary to reach a resolution of the case.

Therefore, Ince requests this Court schedule a trial at the earliest available setting.

Respectfully submitted,

*/s/ Samuel Louis*
Samuel Louis
Texas Bar No. 12588040
samuel.louis@hklaw.com
Holland & Knight LLP
811 Main Street, Suite 2500
Houston, Texas 77002
Phone 713.244.6861
713.821.7001

**ATTORNEY FOR CHRISTOPHER INCE, MD**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Christopher Ince, M.D. has conferred with Government Counsel and the Government is unopposed with regard to this Motion.

*/s/ Samuel J. Louis*
**SAMUEL J. LOUIS**

## CERTIFICATE OF SERVICE

I certify that on February 23, 2023, I electronically transmitted the foregoing document to the Clerk for the U.S. District Court, Southern District of Texas, using the ECF system of the Court.

*/s/ Samuel J. Louis*
Samuel J. Louis

2

#242599508_v1