UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:18-CR-00368 |
| BRIAN SWIENCINSKI<br>SCOTT BREIMEISTER<br>CHRISTOPHER INCE, M.D., and<br>RONNIE MCADA, JR., | § § § § § | |

### ORDER

Pending before this Court is Defendant Christopher Ince's Motion to request the setting of a date for trial. After consideration, the Court finds such Motion should be GRANTED and a pretrial conference is docketed for _____ and trial scheduled for _____.

_____                                                                 _____
Date                                                                                        The Honorable Alfred H. Bennett
                                                                                                    United States District Judge

3

#242599508_v1