UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal No. 18-CR-368 |
| § | |
| BRIAN SWIENCINSKI, § | |
| SCOTT BREIMEISTER, § | |
| CHRISTOPHER INCE, and § | |
| RONNIE MCADA, § | |
| § | |
| Defendants. § | |

## UNITED STATES' RESPONSE TO INCE'S MOTION REQUESTING A PRETRIAL HEARING AND SETTING A TRIAL DATE

The United States, by and through the undersigned counsel, hereby responds to the Motion Requesting a Pretrial Hearing and Setting a Trial Date filed by Defendant Christopher Ince ("Ince") (Dkt. No. 607).

As counsel for the United States shared with Ince's counsel when the parties met and conferred this afternoon, the United States is not opposed to a trial date being set. The government requested, however, that counsel for Ince note in the motion the government's request for the Court to hold a status conference at which time scheduling for such a trial could be discussed, as counsel for the government collectively has trials scheduled for: March 11, which is expected to last three weeks; May 14, which is expected to last two weeks; and August 13, which is expected to last four weeks. Accordingly, the United States hereby requests the Court hold a status conference to discuss trial scheduling.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By:   /s/ Kelly M. Warner

1

        Kelly M. Warner
        Nicholas K. Peone
        Trial Attorneys
        Fraud Section, Criminal Division
        U.S. Department of Justice
        1000 Louisiana, Suite 2300
        Houston, Texas 77002
        (202) 603-3180
        kelly.warner@usdoj.gov

Dated: February 23, 2024

## **CERTIFICATE OF SERVICE**

I certify that on February 23, 2024, I electronically transmitted the foregoing document to the Clerk for the U.S. District Court, Southern District of Texas, using the ECF system of the Court.

*/s/ Kelly M. Warner*
Kelly M. Warner
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1000 Louisiana, Suite 2300
Houston, Texas 77002
(202) 603-3180
kelly.warner@usdoj.gov