# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 4:18–cr–00368

Christopher Ince, MD

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Christopher Ince, MD as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/12/2024

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date: April 4, 2024                                              Nathan Ochsner, Clerk