UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v.    § | Criminal No. 18-CR-368 |
| § | |
| CHRISTOPHER INCE § § § | |
| Defendant § | |

**[PROPOSED] ORDER**

The Court has considered the United States' unopposed motion to exclude time under the Speedy Trial Act as to Defendant Christopher Ince ("Ince"). The Court finds that, pursuant to 18 U.S.C. § 3161(h)(1)(D), the time between February 23, 2024, and May 17, 2024, is excluded due to the pendency of Ince's Motion Requesting a Pretrial Hearing and Setting a Trial Date, Dkt. No. 607. The Court further finds, pursuant to 18 U.S.C. § 3161(h)(1), the time between March 5, 2024, and May 17, 2024, is excluded due to "other proceedings concerning the defendant," namely plea negotiations. Additionally, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by continuing the trial in this case outweigh the interest of the public and Ince in a speedy trial in light of the ongoing plea negotiations which may make trial of this matter unnecessary and which have been the parties' focus since the date of severance. The period of delay resulting from the granting of this continuance from March 5, 2024, and May 17, 2024, shall be deemed excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), and (B)(iv), because the delay results from a continuance granted by the Court at the United States' request, on the basis of the Court's finding that: (1) the ends of justice served by the continuance outweigh the best interest of the public and the Defendant in a speedy trial; (2) failure to grant the continuance would likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (3) failure to grant the continuance would deny counsel for the Defendant or the

2

attorney for the Government the reasonable time necessary for effective preparation.  The motion is therefore GRANTED.

It is ORDERED that a period of excludable delay shall consist of the period starting on February 23, 2024, through and including May 17, 2024.

It is so ORDERED.


Date: _____          _____
                                                                                                     The Hon. Alfred H. Bennett
                                                                                                     United States District Judge