UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:18-cr-368 |
| CHRISTOPHER INCE | § § | |

**UNOPPOSED MOTION FOR CONTINUANCE OF CURRENT SETTING**

Defendant Christopher Ince by and through counsel files this motion for the continuance of the current setting before this Court and would respectfully show:

**I.**

Defendant, Christopher Ince is currently scheduled to appear before this Court on May 17, 2024 for Status Conference and/or Rearraignment. Counsel for Christopher Ince seeks a continuance of the current setting to attend his firm's Annual All Attorney Conference in Orlando, Florida beginning Friday, May 17th and continuing through Sunday, May 19th.

Counsel for Dr. Ince has conferred with the Department of Justice trial attorney Nicholas Peone and the Government is unopposed to the request to continue the current setting. Counsel request a setting at the next available date. To the extent of the Court's schedule, Dr. Ince and the Government are available next Thursday May 23, 2024.

WHEREFORE PREMISES CONSIDERED, Defendant Christopher Ince respectfully requests the Court grant this Motion for Continuance of the current setting.

Respectfully submitted,

/s/Samuel J. Louis
Samuel J. Louis
Texas Bar No. 12588040
samuel.louis@hklaw.com
Holland & Knight
811 Main Street, Suite 2500
Houston, Texas 77002
(713) 244-6860
(713) 821-7001 Fax

***Attorney for Christopher Ince***

## CERTIFICATE OF CONFERENCE

The Department of Justice trial attorney Nicholas Peone has been consulted regarding the motion and the Government is unopposed.

/s/*Samuel J. Louis*
**Samuel J. Louis**

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, the foregoing has been served on counsel of record by Notice of Electronic filing via CM/ECF, in accordance with the Federal Rules of Criminal Procedure.

/s/*Samuel J. Louis*
**Samuel J. Louis**