# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **v.** | § CRIMINAL NO. 4:18-cr-368 |
| | § |
| **CHRISTOPHER INCE** | § |

## ORDER

On this the _____ day of May 2024 came on to be considered Defendant's Motion for Continuance of the current setting before this Court. After due consideration of the Motion, it is Granted. Rearraignment is rescheduled for _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

#502771875_v1