UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 16, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| v. | § CRIMINAL NO. 4:18-cr-368 |
| | § |
| **CHRISTOPHER INCE** | § |

### ORDER

On this the 16th day of May 2024 came on to be considered Defendant's Motion for Continuance of the current setting before this Court. After due consideration of the Motion, it is Granted. The Status Conference is rescheduled for **May 31, 2024 at 1:30 p.m**.

_____
UNITED STATES DISTRICT JUDGE

#502771875_v1